ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Xerox Corporation | ) ASBCA No. 64020 |
| | ) |
| Under Contract No. GS-03F-137DA | ) |
|   Delivery Order Nos. W904TE-21-F-2111 | ) |
|                     W904TE-20-F-2087 | ) |

APPEARANCE FOR THE APPELLANT:       Donald J. Walsh, Esq.
                                                RKW, LLC
                                                Owings Mills, MD

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                Army Chief Trial Attorney
                                              MAJ Joseph C. Van Dusen, JA
                                                LTC Nolan T. Koon, JA
                                                  Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 7, 2025

_John J. Thrasher_
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64020, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated: April 8, 2025

_Paulla K. Gates-Lewis_
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals